■ In the Matter of SUSAN WILBER et al., Appellants, for Discovery in Aid of Bringing an Action. (Action No. 1.) SUSAN WILBER et al., Appellants, v QUALITY VACUUM FORMING MACHINE COMPANY, INC., Defendant and Third-Party Plaintiff-Respondent. FOAMEX INTERNATIONAL, INC., Third-Party Defendant-Respondent. (Action No. 2.) SUSAN WILBER et al., Appellants, v PAK-TECH, INC., et al., Defendants, and RECTICEL FOAM CORPORATION et al., Respondents. (Action No. 3.) (Appeal No. 2.) [767 NYS2d 925]—Appeal from an order of Supreme Court, Erie County (Howe, J.), entered January 27, 2003, which denied appellants' motion for leave to reargue, renew and modify and for a protective order.

It is hereby ordered that said appeal from the order insofar as it denied leave to reargue be and the same hereby is unanimously dismissed (*see Empire Ins. Co. v Food City,* 167 AD2d 983, 984 [1990]) and the order is affirmed without costs. Present—Pine, J.P., Wisner, Kehoe, Gorski and Lawton, JJ.

---

(December 31, 2003)

■ MS PARTNERSHIP, Appellant, v WAL-MART STORES, INC., et al., Respondents, et al., Defendants. (Appeal No. 2.) [768 NYS2d 890]—Appeal from an order of Supreme Court, Jefferson County (Gilbert, J.), entered November 20, 2002, which denied plaintiff's motion for leave to reargue and/or renew the motion of defendants 81 & 3 of Watertown, Inc. and Bella Vista Group, Inc. for summary judgment dismissing the amended complaint against them and plaintiff's cross motion for leave to amend the amended complaint to add a cause of action.

It is hereby ordered that said appeal from the order insofar as it denied leave to reargue be and the same hereby is unanimously dismissed (*see Empire Ins. Co. v Food City,* 167 AD2d 983, 984 [1990]) and the order is affirmed without costs for the reasons stated in decision at Supreme Court, Jefferson County, Gilbert, J. Present—Pigott, Jr., P.J., Pine, Wisner and Kehoe, JJ.